THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN CALAFF, Appellant.

Submitted September 23, 2013; decided October 10, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL CORTEZ, Appellant.

Submitted October 7, 2013; decided October 10, 2013

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODHAMES-ANTONIO RODRIGUEZ, Appellant.

Submitted October 7, 2013; decided October 10, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.